# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/10/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ashley M. Domenico
795 Newport Drive
Island Lake, IL 60042

| | |
|---|---|
| Case Number: 14−83081<br>Office Code: 3 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2343 |
| Attorney for Debtor(s) (name and address):<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090<br>Telephone number: 847 520−8100 | Bankruptcy Trustee (name and address):<br>Megan G Heeg<br>Ehrmann Gehlbach Badger Lee & Considine<br>Pob 447− 215 E First St, Ste 100<br>Dixon, IL 61021<br>Telephone number: 815−288−4949 |

## Meeting of Creditors:
Date: **November 13, 2014**      Time: **11:00 AM**

Location: **308 West State Street, Room 40, Rockford, IL 61101**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 1/12/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: October 14, 2014 |

| | **EXPLANATIONS** | B9A (Official Form 9A) (12/12) |
|---|---|---|

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

In re:  
Ashley M. Domenico  
    Debtor

Case No. 14-83081-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: lorsmith     Page 1 of 2     Date Rcvd: Oct 14, 2014  
                   Form ID: b9a       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2014.

```
db           +Ashley M. Domenico,    795 Newport Drive,    Island Lake, IL 60042-9558
22502031      CB/VICSCRT (Victoria Secret),    PO Box 182128,    Columbus, OH 43218-2128
22502029      Cap One Auto Mail Only,    3901 North Dallas Tollway,    Plano, TX 75093
22502037     +Good Shepherd Hospital,    PO Box 70014,    Chicago, IL 60673-0014
22502038     +Harris & Harris, Ltd,    111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
22502040     +Medco,    15001 Trinity Blvd,    Suite 300,    Fort Worth, TX 76155-2668
22502041    #+Michelle Domenico,    22826 S Krueger,    Kildeer, IL 60047-8631
22502042     +Northwest Community Hospital,    800 W. Central Road,    Arlington Heights, IL 60005-2349
22502043      Portfolio Recovery Associates,    Bankruptcy Department,    500 W. 1st Ave,
               Hutchinson, KS 67501-5222
22502045     +Tri County Emergency,    c/o Medical Business Bureau,    1175 Dvin Dr., Ste 173,
               Norton Shores, MI 49441-6079
22502046     +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
22502050     +Woman Care,    1051 W. Rand Road,    Arlington Heights, IL 60004-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: davidsiegellaw@hotmail.com Oct 15 2014 01:52:15      David M Siegel,
               David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr           +E-mail/Text: kathy@egblc.com Oct 15 2014 01:56:06      Megan G Heeg,
               Ehrmann Gehlbach Badger Lee & Considine,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
22502030      EDI: WFNNB.COM Oct 15 2014 01:18:00      CB/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
22502033     +E-mail/Text: bankruptcy@commercebank.com Oct 15 2014 01:54:08      COMMERCEBK,
               1045 Executive Parkway,    Saint Louis, MO 63141-6303
22502032      E-mail/Text: bankruptcy@commercebank.com Oct 15 2014 01:54:08      Commerce Bank,
               PO Box 411036,    Kansas City, MO 64141-1036
22502034      EDI: DISCOVER.COM Oct 15 2014 01:18:00      Discover,    Bankruptcy Department,    PO Box 15316,
               Wilmington, DE 19850-5316
22502035      EDI: DISCOVER.COM Oct 15 2014 01:18:00      Discover Bank,    DFS Services LLC,    P.O. Box 3025,
               New Albany, OH 43054-3025
22502036      E-mail/Text: bankruptcynotice@1fbusa.com Oct 15 2014 01:53:56      First Financial Bank SD,
               363 W. Anchor Drive,    North Sioux City, SD 57049-5154
22502039      EDI: HFC.COM Oct 15 2014 01:18:00      HSBC Bank,    Bankrupty Department,    PO Box 5226,
               Carol Stream, IL 60197-5226
22502044      EDI: PRA.COM Oct 15 2014 01:23:00      Portfolio Recovery Associates,
               120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
22502049      EDI: WFFC.COM Oct 15 2014 01:18:00      WFDS/WDS,    PO Box 25341,    Santa Ana, CA 92799-5341
22502047     +EDI: WFFC.COM Oct 15 2014 01:18:00      Wells Fargo Auto Finance,    2501 Seaport Dr,    BH300,
               Chester, PA 19013-2241
22502048     +E-mail/Text: BKRMailOps@weltman.com Oct 15 2014 01:54:28      Weltman, Weinberg & Reis, Co,
                Attorney at Law,    180 N. LaSalle Street, Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2014                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2014 at the address(es) listed below:
          David M Siegel    on behalf of Debtor Ashley M. Domenico davidsiegellaw@hotmail.com, davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          TOTAL: 3