B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–83081
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashley M. Domenico
   795 Newport Drive
   Island Lake, IL 60042

Social Security / Individual Taxpayer ID No.:
   xxx–xx–2343

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>January 13, 2015</u>　　　　　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                              Case No. 14-83081-TML
Ashley M. Domenico                                                  Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-3           User: admin                  Page 1 of 1          Date Rcvd: Jan 13, 2015
                               Form ID: b18                 Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2015.
db            +Ashley M. Domenico,    795 Newport Drive,    Island Lake, IL 60042-9558
22502031       CB/VICSCRT (Victoria Secret),    PO Box 182128,    Columbus, OH 43218-2128
22502029       Cap One Auto Mail Only,    3901 North Dallas Tollway,    Plano, TX 75093
22502037      +Good Shepherd Hospital,    PO Box 70014,    Chicago, IL 60673-0014
22502038      +Harris & Harris, Ltd,    111 West Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
22502040      +Medco,    15001 Trinity Blvd,    Suite 300,    Fort Worth, TX 76155-2668
22502041     #+Michelle Domenico,    22826 S Krueger,    Kildeer, IL 60047-8631
22502042      +Northwest Community Hospital,    800 W. Central Road,    Arlington Heights, IL 60005-2349
22502043       Portfolio Recovery Associates,    Bankruptcy Department,    500 W. 1st Ave,
                Hutchinson, KS 67501-5222
22502045      +Tri County Emergency,    c/o Medical Business Bureau,    1175 Dvin Dr., Ste 173,
                Norton Shores, MI 49441-6079
22502046      +United Consumer Financial Services,    865 Bassett Road,    Westlake, OH 44145-1194
22502050      +Woman Care,    1051 W. Rand Road,    Arlington Heights, IL 60004-2315
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22502030       EDI: WFNNB.COM Jan 14 2015 01:38:00      CB/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
22502033      +E-mail/Text: bankruptcy@commercebank.com Jan 14 2015 02:03:03       COMMERCEBK,
                1045 Executive Parkway,    Saint Louis, MO 63141-6303
22502032       E-mail/Text: bankruptcy@commercebank.com Jan 14 2015 02:03:03       Commerce Bank,
                PO Box 411036,    Kansas City, MO 64141-1036
22502034       EDI: DISCOVER.COM Jan 14 2015 01:38:00      Discover,    Bankruptcy Department,    PO Box 15316,
                Wilmington, DE 19850-5316
22502035       EDI: DISCOVER.COM Jan 14 2015 01:38:00      Discover Bank,    DFS Services LLC,    P.O. Box 3025,
                New Albany, OH 43054-3025
22502036       E-mail/Text: bankruptcynotice@1fbusa.com Jan 14 2015 02:02:51       First Financial Bank SD,
                363 W. Anchor Drive,    North Sioux City, SD 57049-5154
22502039       EDI: HFC.COM Jan 14 2015 01:38:00      HSBC Bank,    Bankrupty Department,    PO Box 5226,
                Carol Stream, IL 60197-5226
22502044       EDI: PRA.COM Jan 14 2015 01:43:00      Portfolio Recovery Associates,
                120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
22502049       EDI: WFFC.COM Jan 14 2015 01:38:00       WFDS/WDS,    PO Box 25341,    Santa Ana, CA 92799-5341
22502047      +EDI: WFFC.COM Jan 14 2015 01:38:00      Wells Fargo Auto Finance,    2501 Seaport Dr,    BH300,
                Chester, PA 19013-2241
22502048      +E-mail/Text: BKRMailOps@weltman.com Jan 14 2015 02:03:28       Weltman, Weinberg & Reis, Co,
                 Attorney at Law,    180 N. LaSalle Street, Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
              David M Siegel    on behalf of Debtor Ashley M. Domenico davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 3
```